FILED
CLERK, U.S. DISTRICT COURT

MAY 14 2013

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

---

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>ED 13-228M<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __Defense__, IT IS ORDERED that a detention hearing is set for __May 16__, __2013__, at __3__ ☐ a.m. / ☒ p.m. before the Honorable _____, in Courtroom _____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
      *(Other custodial officer)*

Dated: __5/14/13__       _____
                          U.S. District Judge/Magistrate Judge