

FILED
CLERK, U.S. DISTRICT COURT
MAY 16 2013
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Delvon Maurice Cartor DEFENDANT(S). | CASE NUMBER ED CR 13-228 M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defense__, IT IS ORDERED that a detention hearing is set for __Friday, May 17, 2013__, at __3__ ☐a.m. / ☒p.m. before the Honorable __David T. Bristow__, in Courtroom __6__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: __5/16/13__

_____
U.S. District Judge/Magistrate Judge